6/26/91 11:01am
steve order

```
ROGER JON DIAMOND
2115 Main Street
Santa Monica, CA 90405
State Bar No. 40146
(213)399-3259

                                    Jun 27  4 55 PM '91

Attorney for Defendant
Steve W. Chu and Chia Ping Liu Chu
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO   CR 91-277 WJR |
| Plaintiff, ) | PROPOSED ORDER |
| vs. ) | |
| STEVE W. CHU, aka ) WEIHSIUNG CHU, CHIA PING ) LIU CHU, ) | |
| Defendants ) | |

GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED that Defendant Steve W. Chu may leave the United States and travel to Taiwan during July 1991. The clerk and/or the U.S. Attorney's office are hereby directed to release to Mr. Chu his passport.

Upon Mr. Chu's return to the United States he is directed to return his passport to the Office of U.S. Attorney.

DENIED
BY ORDER
THE HONORABLE WILLIAM J. REA
            WILLIAM J. REA
            UNITED STATES DISTRICT JUDGE
ON  07-02-91

JUL 0 3 1991